PROB 12B
(7/93)

# United States District Court
## for
### District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Bernard Wardwick                                    Cr.: 07-00539-001

Name of Sentencing Judicial Officer: Honorable Sterling Johnson, Jr. - Eastern District of New York

Date of Original Sentence: 11/21/03
Date of Revocation: 03/17/06

Original Offense: Use of Interstate Commerce to Transmit Information About a Minor With Intent to Engage in Sexual Activity

Original Sentence: Time served; 3 years supervised release; $100 special assessment.
03/17/06: Revocation - 5 months imprisonment; 31 months supervised release.   Special Condition: Drug treatment/urinalysis.

Type of Supervision: Supervised Release                       Date Supervision Commenced: 07/21/06

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows.

The defendant shall reside for a period of 2 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

On October 26, 2006, Wardwick was arrested by the Newark, New Jersey Police Department after he was involved in an illegal prescription drug scheme. On September 24, 2007, in Essex County Superior Court, under indictment number 07-06-2033-I, he pled guilty to falsifying/tampering with records. Sentencing is pending.

Respectfully submitted,

By: Joseph Empirio
U.S. Probation Officer
Date: 11/07/07

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11-14-07
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 2 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Witness: _/s/ Joseph Empirio_
U.S. Probation Officer
Joseph Empirio

Signed: _/s/ Bernard Wardwick_
Probationer or Supervised Releasee
Bernard Wardwick

10-31-07
DATE